**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00403-CMA-BNB

MEDVED CHRYSLER JEEP DODGE, INC., a Colorado corporation, and
LAKEWOOD CHRYSLER-PLYMOUTH, INC. d/b/a MEDVED CHRYSLER
JEEP, INC., a Colorado corporation,

    Plaintiffs,

v.

CHRYSLER GROUP, LLC, a Delaware limited liability company,

    Defendant.

## ORDER OF RECUSAL

On February 26, 2010, the Court filed a Notice of Disclosure (Doc. # 7) of an on-going limited business contact with Plaintiff Medved Chrysler Jeep, Inc. in Wheat Ridge, Colorado. On March 1, 2010, Defendant Chrysler Group, LLC filed a Motion for Recusal (Doc. # 9). That motion is hereby GRANTED.

Based on my current business relationship with Plaintiff Medved Chrysler Jeep, Inc., I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: March __08__, 2010

                                              BY THE COURT:

                                              CHRISTINE M. ARGUELLO
                                              United States District Judge