## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| **Date:** March 11, 2010 | Courtroom Deputy: Ginny Kramer |
| | Court Reporter: Paul Zuckerman |
| **Civil Case No. 10-cv-00403-JLK** | |

| | |
|---|---|
| MEDVED CHRYSLER JEEP DODGE, INC. *a Colorado corporation,* LAKEWOOD CHRYSLER-PLYMOUTH INC., *a Colorado corporation, d/b/a* Medved Chrysler Jeep, Inc., | Christopher J. Dawes Richard Brown |
| Plaintiffs, | |
| v. | |
| CHRYSLER GROUP, INC. *a Delaware limited liability company,* | Christopher Montville Steven Kelso |
| Defendant. | |

## COURTROOM MINUTES

**Hearing : Motion for Temporary Restraining Order**

**1:59 p.m.     Court in session.**

Opening statements by the Court.

Appearances of counsel.

Mr. Gordon Nevers, client representative for Chrysler Group, Inc., is present in court.

Mr. Richard Brown for the plaintiffs, advises the Court that the parties have reached an agreement.

Statements to the Court by Mr. Steven Kelso for the defendant.

The parties make an oral motion to withdraw the Motion for Temporary Restraining Order.

**It was ORDERED:**

1. That the parties oral Motion to Withdraw the Motion for Temporary Restraining Order [#3] filed February 23, 2010, is **GRANTED.**

2. That the Plaintiffs' Motion for Temporary Restraining Order [#3] filed February 23, 2010, is **WITHDRAWN without prejudice.** The case will remain pending.


**2:08 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:  00:07 minutes